Case: 1:23−mj−00004
Assigned To : Harvey, G. Michael
Assign. Date : 1/9/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On January 8, 2023, at approximately 0235 hours, MPD officers were patrolling in the 1900 block of 7th Street Northwest, Washington, DC. MPD Officer McCourt attempted to make verbal contact with Michael Stewart (DOB: ██/██/1993) who was blading the right side of his body away from Officer McCourt as Officer McCourt approached.

When Stewart saw Officer McCourt, he fled into the intersection of 7th Street Northwest and Florida Avenue Northwest. While running, Officer McCourt observed Stewart to have an abnormal gait with his right leg as he was running, as if to prevent an object from moving on that side of his person. Officers McCourt and Burke stopped Stewart in the 700 block of Florida Avenue, and Officer Burke noticed what he immediately recognized to be a firearm magazine protruding from Stewart's right pants leg in addition to the recognizable bulge silhouette of a handgun on the right pants leg.

Officer Izzaguire conducted a pat down on the firearm magazine, resulting in the recovery of a firearm which the firearm magazine was firmly affixed into. The firearm was a Ruger SR9C 9mm (serial number 339-06482) with 1 round in the chamber and 15 rounds in the 17-round capacity magazine. Officers then conducted a search incident to arrest which yielded the following:

- 64.5 grams of white rock-like substance
- 2 $1 bills with approximately 1 gram of white powdery substance folded inside each bill
- Digital scale
- $435.05 in mostly small denomination bills (66 $1 bills ($66 USD), 29 $5 bills ($145 USD), 14 $10 bills ($140 USD), and 4 $20 bills ($80 USD) plus $4.05 in coins)

The seized suspected narcotics were recovered from Defendant Stewart's left inside jacket pocket. The suspected narcotics field tested positive for cocaine base.

*McCOURT, GREGORY #2343*     1/9/23

OFFICER GREGORY MCCOURT, BADGE #2343
METROPOLITAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __9th__ day of January 2023.

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE